**Robert P. Blasco, Esq.**
**Megan J. Costello**
**Hoffman & Blasco, LLC**
**9360 Glacier Hwy., Ste. 202**
**Juneau, AK 99801**
**(907) 586-3340**
**(877) 888-4298 (fax)**
**Attorneys for Safeway Inc.**
rpblasco@hoffmanblasco.com
mjcostello@hoffmanblasco.com
rpbparalegal@hoffmanblasco.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **JAMES F. SARACCO AND LISA L. ETHERINGTON,** | |
| Plaintiffs, | |
| v. | |
| **STATE OF ALASKA AND CITY OF GUSTAVUS,** | |
| Defendants. | |
| **STATE OF ALASKA,** | |
| Third-Party Plaintiff, | |
| v. | |
| **3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, DUPONT DE NEMOURS INC., CORTEVA, INC., TYCO FIRE PRODUCTS LP, CHEMGUARD, INC.,** | Case No. 1:21-cv-00015-JWS |

**JOHNSON CONTROLS INTERNATIONAL, PLC, CENTRAL SPRINKLER, LLC, FIRE PRODUCTS GP HOLDING, LLC, KIDDE-FENWAL INC., KIDDIE PLC, INC., CHUBB FIRE, LTD., UTC FIRE & SECURITY AMERICAS CORPORATION, INC., RAYTHEON TECHNOLOGIES CORPORATION, CARRIER GLOBAL CORPORATION, NATIONAL FOAM, INC., ANGUS INTERNATIONAL SAFETY GROUP, LTD, BUCKEYE FIRE EQUIPMENT COMPANY, ARKEMA, INC., BASF CORPORATION, CHEMDESIGN PRODUCTS, INC., DYNAX CORPORATION, CLARIANT CORPORATION, CHEMICALS INCORPORATED, NATION FORD CHEMICAL COMPANY, AGC, INC., AGC CHEMICALS AMERICAS, INC., DEEPWATER CHEMICALS, INC., ARCHROMA MANAGEMENT, LLC, ARCHROMA U.S., INC., and JOHN DOE DEFENDANTS 1-49,**

Third-Party Defendants.

## NOTICE TO COURT OF REPRESENTATION AND OF FILING NOTICE OF OPPOSITION TO CTO-64

The undersigned, through the law firm of Hoffman & Blasco, LLC., represents the

City of Gustavus as Defendants in the case *Saracco et. al. v. State of Alaska and City of*

*Gustavus,* D. Alaska No. 21-00015-JWS. This case was recently removed from the

Alaska Superior Court in Juneau to the District of Alaska through Third-Party Defendants

Tyco Fire Products LP and Chemguard, Inc.

*Saracco v. State of Alaska and City of Gustavus v. 3M Company, et la.*      *1:21-cv-00015-JWS*
*NOTICE TO COURT OF REPRESENTATION AND OF FILING NOTICE OF OPPOSITION TO CTO-64*
Page 2 of 5

Case 1:21-cv-00015-SLG   Document 11   Filed 09/01/21   Page 2 of 5

The District Court Civil Docket Sheet for this case has a mistake in that it does not list an attorney for the City of Gustavus despite this firm having entered an appearance in the State Court case and having been on the service list of the parties. The City of Gustavus is filing this notice to the Court so that the case can be corrected to include the City of Gustavus' attorneys.

The Third-Party Defendant also seeks to move this case into multi-district litigation MDL No. 2873. The undersigned was not served a copy of the MDL Court's Conditional Transfer Order CTO-64 on August 20, 2021.[1] The City of Gustavus became aware of the Conditional Transfer Order CTO-64 upon receipt of the Plaintiffs' Opposition on August 27, 2021. The City of Gustavus will be filing an Opposition to Conditional Transfer Order CTO-64 in the MDL case No. 2873 and is providing a copy to this Court.

HOFFMAN & BLASCO, LLC


Dated: September 1, 2021      By:_____/s/ Robert P. Blasco_____
                              Robert P. Blasco, AK Bar #7710098
                              Attorneys for City of Gustavus
                              Hoffman & Blasco, LLC
                              9360 Glacier Hwy., Ste. 202
                              Juneau, AK 99801
                              Phone: (907) 586-3340
                              Fax: (877) 888-4298
                              rpblasco@hoffmanblasco.com
                              rpbparalegal@hoffmanblasco.com

---

[1] It is not clear why the City of Gustavus was not served the Conditional Transfer Order CTO-64. The City of Gustavus thinks one possibility is because the District Court Civil Sheet for the case *Saracco et. al. v. State of Alaska and City of Gustavus,* D. Alaska No. 21-00015-JWS is missing reference to the City of Gustavus' attorneys.

*Saracco v. State of Alaska and City of Gustavus v. 3M Company, et la.*      *1:21-cv-00015-JWS*
*NOTICE TO COURT OF REPRESENTATION AND OF FILING NOTICE OF OPPOSITION TO CTO-64*
Page 3 of 5

Case 1:21-cv-00015-SLG   Document 11   Filed 09/01/21   Page 3 of 5

HOFFMAN & BLASCO, LLC

Dated: September 1, 2021        By:    /s/ Megan J. Costello
                                       Megan J. Costello, AK Bar #1212141
                                       Attorneys for City of Gustavus
                                       Hoffman & Blasco, LLC
                                       9360 Glacier Hwy., Ste. 202
                                       Juneau, AK 99801
                                       Phone: (907) 586-3340
                                       Fax: (877) 888-4298
                                       mjcostello@hoffmanblasco.com
                                       rpbparalegal@hoffmanblasco.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2021 a true and correct copy of the foregoing **NOTICE TO COURT OF REPRESENTATION AND OF FILING NOTICE OF OPPOSITION TO CTO-64** was served on the following parties of record via ECF:

Chris Bataille
1007 West Third Ave., Suite 206
Anchorage, AK 99501
cbataille@farnorthlaw.com
jrasor@farnorthlaw.com
receptionist@farnorthlaw.com

Kevin A. Hannon
The Hannon Law Firm
1641 Downing Street
Denver, CO 80218
khannon@hannonlaw.com
cbennett@hannonlaw.com

Daryl Zakov
State of Alaska, Department of Law
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
daryl.zakov@alaska.gov
Kamie.willis@alaska.gov

*Saracco v. State of Alaska and City of Gustavus v. 3M Company, et la.*        *1:21-cv-00015-JWS*
*NOTICE TO COURT OF REPRESENTATION AND OF FILING NOTICE OF OPPOSITION TO CTO-64*

Aaron D. Sperbeck
Michael J. Schwarz
Birch Horton Bittner & Cherot
510 L. Street, Suite 700
Anchorage, AK 99501
asperbeck@bhb.com
Mschwarz@bhb.com

Brewster H. Jamieson
Michael B. Baylous
Lane Powell LLC
1600 A Street, Suite 304
Anchorage, AK 99501
jamiesonb@lanepowell.com
baylousm@lanepowell.com


        /s/ Robert P. Blasco
            Robert P. Blasco

*Saracco v. State of Alaska and City of Gustavus v. 3M Company, et la.*        *1:21-cv-00015-JWS*
*NOTICE TO COURT OF REPRESENTATION AND OF FILING NOTICE OF OPPOSITION TO CTO-64*
Page 5 of 5

Case 1:21-cv-00015-SLG   Document 11   Filed 09/01/21   Page 5 of 5